UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
 §
MICHAEL S MARINKO § Case No. 19-29928
 §
 §
 Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00                      Assets Exempt: 1,562,965.57
*(Without deducting any secured claims)*

Total Distributions to Claimants: 39,311.93    Claims Discharged
                                               Without Payment: 3,062,204.91

Total Expenses of Administration: 13,238.07

3) Total gross receipts of $52,550.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $52,550.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $882,000.00 | $6,760.00 | $6,760.00 | $6,760.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 13,238.07 | 13,238.07 | 13,238.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,246,641.80 | 980,337.33 | 966,115.04 | 32,551.93 |
| **TOTAL DISBURSEMENTS** | $2,128,641.80 | $1,000,335.40 | $986,113.11 | $52,550.00 |

4) This case was originally filed under chapter 7 on 10/21/2019. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/04/2021                    By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2002 Malibu Wakesetter | 1129-000 | 22,550.00 |
| Four Chicago Bears PSLs | 1229-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$52,550.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TIAA Bank | | 882,000.00 | NA | NA | 0.00 |
| | Ahmed Elgamal | 4210-000 | NA | 6,760.00 | 6,760.00 | 6,760.00 |
| **TOTAL SECURED CLAIMS** | | | **$882,000.00** | **$6,760.00** | **$6,760.00** | **$6,760.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS, TRUSTEE | 2100-000 | NA | 5,877.50 | 5,877.50 | 5,877.50 |
| Chicago Bears | 2990-000 | NA | 3,000.00 | 3,000.00 | 3,000.00 |
| Ahmed Elgamal | 2990-002 | NA | -6,760.00 | -6,760.00 | -6,760.00 |
| Springer Larsen & Greene LLC | 3210-000 | NA | 7,342.50 | 7,342.50 | 7,342.50 |
| Springer Larsen & Greene LLC | 3220-000 | NA | 937.03 | 937.03 | 937.03 |
| American Auction Associates | 3610-000 | NA | 2,050.00 | 2,050.00 | 2,050.00 |
| American Auction Associates | 3620-000 | NA | 791.04 | 791.04 | 791.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $13,238.07 | $13,238.07 | $13,238.07 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Rehabilitation Care, LLC | | 0.00 | NA | NA | 0.00 |
| | Advanced Rehabilitation Care, LLC, 190 South Lasalle Suite 3850 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Ahmed Elgamal | | 623,320.90 | NA | NA | 0.00 |
| | Ahmed Elgamal, 1201 S. Prarie Ave 3501 Chicago, IL 60605 | | 623,320.90 | NA | NA | 0.00 |
| | Milton M. Blumenthal & Associates | | 0.00 | NA | NA | 0.00 |
| | Milton M. Blumenthal & Associates, 105 W. Madison St Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Momkus LLC | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Momkus LLC, 1001 Warrenville Road Suite 500 Lisle, IL 60532 | | 0.00 | NA | NA | 0.00 |
| | Rehab and Health LLC | | 0.00 | NA | NA | 0.00 |
| | Rehab and Health LLC, 111 N Lincoln Street Hinsdale, IL 60521 | | 0.00 | NA | NA | 0.00 |
| | Rehab. Specialists of Chicago, LLC | | 0.00 | NA | NA | 0.00 |
| | Rehab. Specialists of Chicago, LLC, 111 N. Lincoln Street Hinsdale, IL 60521 | | 0.00 | NA | NA | 0.00 |
| | Suburban Rehab. Specialists, LLC | | 0.00 | NA | NA | 0.00 |
| | Suburban Rehab. Specialists, LLC, 3217 Venard Road Downers Grove, IL 60515 | | 0.00 | NA | NA | 0.00 |
| | The Fish Law Firm | | 0.00 | NA | NA | 0.00 |
| | The Fish Law Firm, 200 East 5th Avenue Suite 123 Naperville, IL 60563 | | 0.00 | NA | NA | 0.00 |
| 5 | Advanced Rehabilitatin CAre LLC | 7100-000 | NA | 319,860.00 | 319,860.00 | 10,777.25 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Ahmed Elgamal | 7100-000 | NA | 624,089.38 | 624,089.38 | 21,027.84 |
| 1 | JPMorgan Chase Bank | 7100-000 | NA | 2,371.38 | 2,371.38 | 79.90 |
| 2 | JPMorgan Chase Bank | 7100-000 | NA | 5,571.99 | 5,571.99 | 187.74 |
| 3 | Ming Hung | 7100-000 | NA | 14,222.29 | 0.00 | 0.00 |
| 4 | Suburban Rehab Specialists LLC | 7100-000 | NA | 14,222.29 | 14,222.29 | 479.20 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,246,641.80** | **$980,337.33** | **$966,115.04** | **$32,551.93** |

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

Exhibit 8

| Case No: | 19-29928 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | MICHAEL S MARINKO | | | | Date Filed (f) or Converted (c): | 10/21/2019 (f) |
| | | | | | 341(a) Meeting Date: | 11/18/2019 |
| For Period Ending: | 08/04/2021 | | | | Claims Bar Date: | 05/22/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 111 N. Lincoln Street, Hinsdale IL 60521 | 460,000.00 | 0.00 | | 0.00 | FA |
| Stay modified per order [Dkt. 56] | | | | | |
| 2. Nissan Pathfinder | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. 2002 Malibu Wakesetter | 18,000.00 | 18,000.00 | | 22,550.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 1,775.00 | 0.00 | | 0.00 | FA |
| 5. 3 tvs (5 y.o ) TV (4 yo) | 600.00 | 600.00 | | 0.00 | FA |
| 6. Treadmill, Ellitical, Exercise Bike, Bow-Flex | 375.00 | 0.00 | | 0.00 | FA |
| 7. Misc Wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Lawn mower and snow blower | 137.50 | 0.00 | | 0.00 | FA |
| 9. CHASE BANK checking ACCOUNT ENDING IN 0973 | 2,493.15 | 0.00 | | 0.00 | FA |
| 10. State BANK OF COUNTRYSIDE ACCT ENDING IN 6000 | 977.39 | 0.00 | | 0.00 | FA |
| 11. State BANK OF COUNTRYSIDE ACCT ENDING IN 2008 | 1,500.00 | 916.54 | | 0.00 | FA |
| 12. CHASE BANK CHECKING ENDING IN 8333 | 1.00 | 1.00 | | 0.00 | FA |
| 13. Rehabiitation Specialists of Chicago LLC | 0.00 | 0.00 | | 0.00 | FA |
| 14. Rehab adn Health LLC | 0.00 | 0.00 | | 0.00 | FA |
| 15. IRA Principal Finance | 540,122.51 | 0.00 | | 0.00 | FA |
| 16. Rehabiitation Institute of Chicago Retirement Plan | Unknown | Unknown | | 0.00 | FA |
| 17. IRA Voya | 17,012.39 | 0.00 | | 0.00 | FA |
| 18. NOrthwestern Mutual policy ending in 2669 | 78,376.67 | 0.00 | | 0.00 | FA |
| 19. Four Chicago Bears PSLs (u) | 20,000.00 | 20,000.00 | | 30,000.00 | FA |
| Sold per order [Dkt. 90] | | | | | |
| 20. Cash | 400.00 | 400.00 | | 0.00 | FA |
| 21. Security Deposit (u) | Unknown | 0.00 | | 0.00 | FA |
| Balance of retainer with M.M. Blumenthal & Assoc. | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 19-29928 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | MICHAEL S MARINKO | | | | Date Filed (f) or Converted (c): | 10/21/2019 (f) |
| | | | | | 341(a) Meeting Date: | 11/18/2019 |
| For Period Ending: | 08/04/2021 | | | | Claims Bar Date: | 05/22/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,144,770.61 | $39,917.54 | | $52,550.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/30/20: Auctioneer has been hired to sell Wakesetter watercraft. Adversary proceeding pending to remove old lien from title. Answer due from Bank of America by 10/13/20. Status hearing on 10/23/20.

Initial Projected Date of Final Report (TFR): 02/28/2021     Current Projected Date of Final Report (TFR): 02/28/2021

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-29928 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE | Exhibit 9 |
|---|---|---|---|---|
| Case Name: | MICHAEL S MARINKO | Bank Name: | Axos Bank | |
| | | Account Number/CD#: | XXXXXX0265 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX5223 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 08/04/2021 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/20 | | STR Marketplace LLC | proceeds from sale of Bears PSLs (dkt 90 entered 6/29/20) | | $33,760.00 | | $33,760.00 |
| | | | Gross Receipts $36,760.00 | | | | |
| | | Chicago Bears | commission for sale of PSL ($3,000.00) | 2990-000 | | | |
| | | | loan for sale of PSL $6,760.00 | 2990-002 | | | |
| | 19 | | Four Chicago Bears PSLs $30,000.00 | 1229-000 | | | |
| 07/07/20 | 2001 | Ahmed Elgamal<br>1201 S. Prairie Ave. #3501<br>Chicago IL 60605 | Repayment of loan (Dkt 52 entered 3/15/20) | 4210-000 | | $6,760.00 | $27,000.00 |
| 11/09/20 | | American Auction Associates Inc. | proceds from sale of Wakesetter | | $20,500.00 | | $47,500.00 |
| | | | Gross Receipts $22,550.00 | | | | |
| | | American Auction Associates | ($2,050.00) | 3610-000 | | | |
| | 3 | | 2002 Malibu Wakesetter $22,550.00 | 1129-000 | | | |
| 12/08/20 | 2002 | American Auction Associates, Inc. | expenses per dkt #135 entered 12/7/2020 | 3620-000 | | $791.04 | $46,708.96 |
| 12/28/20 | 2003 | Springer Laren Greene LLC | Attorney for Trustee compensation (dkt 139 entered 12/21/20) | 3210-000 | | $7,342.50 | $39,366.46 |
| 12/28/20 | 2004 | Springer Larsen Greene LLC | Attorney for Trsutee expenses (dkt 139 entered 12/21/20) | 3220-000 | | $937.03 | $38,429.43 |
| 04/23/21 | 2005 | The Helms Law Firm P.C. | trustee compensation per court order dkt #151 filed 4/23/21 | 2100-000 | | $5,877.50 | $32,551.93 |
| 04/23/21 | 2006 | JPMorgan Chase Bank<br>c/o Robertson Anschultz & Schneid<br>6409 Congress Ave Suite 100<br>Boca Raton FL 33487 | Final distibution to creditors | 7100-000 | | $79.90 | $32,472.03 |
| 04/23/21 | 2007 | JPMorgan Chase Bank<br>c/o Robertson Anschultz & Schneid<br>6409 Congress Ave Suite 100<br>Boca Raton FL 33487 | Final distribution to creditors | 7100-000 | | $187.74 | $32,284.29 |
| | | | Page Subtotals: | | $54,260.00 | $21,975.71 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 19-29928 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE | |
| Case Name: | MICHAEL S MARINKO | Bank Name: | Axos Bank | |
| | | Account Number/CD#: | XXXXXX0265 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX5223 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 08/04/2021 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/23/21 | 2008 | Suburban Rehab Specialists LLC<br>3217 Venard Raod<br>Downers Grove IL 60515 | Final distibution to creditors | 7100-000 | | $479.20 | $31,805.09 |
| 04/23/21 | 2009 | Advanced Rehabilitatin CAre LLC<br>c/o Bauch & Michaels LLC<br>d/b/a Lakelaw<br>53 W. Jackson Blvd. #1115<br>Chicago IL 60604 | Final distibution to creditors | 7100-000 | | $10,777.25 | $21,027.84 |
| 04/23/21 | 2010 | Ahmed Elgamal<br>1201 S. Prairie Ave. #3501<br>Chicago IL 60605 | Final distibution to creditors | 4210-000 | | $21,027.84 | $0.00 |
| 05/19/21 | 2010 | Ahmed Elgamal<br>1201 S. Prairie Ave. #3501<br>Chicago IL 60605 | Final distibution to creditors Reversal | 4210-000 | | ($21,027.84) | $21,027.84 |
| 07/19/21 | 2011 | Ahmed Elgamal<br>6381 Garfield<br>Burr Ridge IL 60527 | First and final distribution - replacement check | 7100-000 | | $21,027.84 | $0.00 |
| 07/20/21 | 2009 | Advanced Rehabilitatin CAre LLC<br>c/o Bauch & Michaels LLC<br>d/b/a Lakelaw<br>53 W. Jackson Blvd. #1115<br>Chicago IL 60604 | Final distibution to creditors Reversal | 7100-000 | | ($10,777.25) | $10,777.25 |
| 07/23/21 | 2012 | Advanced Rehabilitation Care LLC | First and final distribution | 7100-000 | | $10,777.25 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $47,500.00 | $47,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $47,500.00 | $47,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $47,500.00 | $47,500.00 |

Page Subtotals: $0.00 $32,284.29

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0265 - Checking | $47,500.00 | $47,500.00 | $0.00 |
|  | $47,500.00 | $47,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $5,050.00 |
| Total Net Deposits: | $47,500.00 |
| Total Gross Receipts: | $52,550.00 |

Page Subtotals: $0.00 $0.00